UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JONATHAN BROOKS TRUXILLO

VERSUS

AMERICAN ZURICH INSURANCE
COMPANY, ET AL.

CIVIL ACTION

NO. 16-369-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated October 24, 2016 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Plaintiff's Motion for Remand (doc. no. 6) is DENIED.  Further, defendants are granted leave to amend their Notice of Removal pursuant to 28 U.S.C. § 1653 to allege jurisdictional facts consistent with the Report (doc. no. 14).  Further, this matter is referred to the Magistrate Judge for a scheduling conference.

Baton Rouge, Louisiana, this <u>28th</u> day of November, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA